1  **HAINES & KRIEGER, LLC**
   David H. Krieger, Esq.
2  Nevada Bar No. 9086
   8985 W. Eastern Avenue, Suite 350
3  Henderson, NV 89123
   T: (702) 880-5554 Ext. 223
4  F: (702) 967-6665
5  dkrieger@hainesandkrieger.com
   *Attorneys for Plaintiff*
6
   **ALVERSON, TAYLOR,**
7  **MORTENSEN & SANDERS**
   Kurt Bonds, Esq.
8  Nevada Bar No. 006228
   7401 W. Charleston Blvd.
9  Las Vegas, Nevada 89117-1401
   T: (702) 384-7000
10 F: (702) 385-7000
   kbonds@alversontaylor.com
11 *Attorneys for Defendant,*
   *FIRST NATIONAL COLLECTION BUREAU, INC.*
12

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT WOODWORTH,<br><br>                       Plaintiff,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>                       Defendants. | Case No. 2:15-cv-01528-APG-NJK<br><br>  Order DENYING<br>**STIPULATION TO EXTEND TIME**<br>**TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff SCOTT WOODWORTH ("Plaintiff") and Defendant FIRST NATIONAL COLLECTION BUREAU, INC, ("Defendant"), through their respective counsel as follows:

{Woodworth - Stip to Extend Time;1}

August 11, 2015

WHEREAS, the Complaint which is the subject of this action was filed on ~~December 14~~, 2015;

WHEREAS, the parties agree to extend the deadline for Defendant to respond to Plaintiff's Initial Complaint to January 8, 2016;

WHEREAS, the parties hereby stipulate as follows:

That Defendant shall have an extension of time up to an including January 8, 2016 within which to respond to Plaintiff's Complaint.  This request does not exceed 30 days from the date the original response was due.

**IT IS SO STIPULATED.**

                                          **HAINES & KRIEGER, LLC**

Dated: December 17, 2015        s/David H. Krieger
                                            David H. Krieger
                                            *Attorneys for Plaintiff,*
                                            SCOTT WOODWORTH

                                          **ALVERSON, TAYLOR, MORTENSEN & SANDERS**

Dated: December 17, 2015        s/Kurt Bonds
                                            Kurt Bonds
                                            *Attorneys for Defendant,*
                                            FIRST NATIONAL COLLECTION BUREAU, INC.

DENIED.  *See* Local Rule 6-1(b) (reasons for extensions must be provided).  IT IS SO ORDERED.
Dated:  December 18, 2015

                                            _____
                                            United States Magistrate Judge

{Woodworth - Stip to Extend Time;1}