# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT WOODWORTH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br>　　　　　Defendants. | Case No. 2:15-cv-01528-APG-NJK<br><br>[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

Having considered the Parties' Stipulation to Extend Time to respond to Plaintiff's complaint, and cause having been shown, the Court orders as follows:

The Stipulation is granted, and Defendant FIRST NATIONAL COLLECTION BUREAU, INC. shall file its responsive pleading on or before January 22, 2016. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: January 8, 2016

_____
United States Magistrate Judge

[Woodworth proposed order_2.1]