**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SCOTT WOODWORTH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FIRST NATIONAL COLLECTION BUREAU, INC.,<br><br>　　　　　Defendant. | Case No. 2:15-cv-01528-APG-NJK<br><br>**ORDER** |

　　　In light of the notice of settlement (Dkt. #16),

　　　IT IS ORDERED that all pending dates, deadlines, and filing requirements are vacated.

　　　IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss on or before May 2, 2016.

　　　DATED this 8th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE